UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| RICHARD A. SANTIAGO, : | |
| Petitioner, : | |
| : | CIVIL ACTION NO. 3:14-CV-2266 |
| v. : | |
| : | (Judge Kosik) |
| PENNSYLVANIA BOARD OF : | |
| PROBATION AND PAROLE, ET AL., : | |
| Respondents. : | |

_____

**ORDER**

AND NOW, THIS 29th DAY OF MAY, 2015, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Karoline Mehalchick filed on March 9, 2015 (Doc. 4) is **ADOPTED**;

(2) The Petition for Writ of Habeas Corpus is **DISMISSED**;

(3) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Memorandum and Order to the Magistrate Judge; and

(4) Based on the court's conclusion herein, a certificate of appealability will not issue.

                                                s/Edwin M. Kosik
                                                Edwin M. Kosik
                                                United States District Judge